[No. 31303-4-III.   Division Three.   June 9, 2015.]

*In the Matter of the Parenting and Support of* R.T.L.

*Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Fearing, JJ.

[No. 31314-0-III.   Division Three.   June 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. REUBEN D. MULAMBA, *Appellant*.

*Affirmed* by unpublished opinion per Fearing, J., concurred in by Korsmo and Lawrence-Berrey, JJ.

[No. 31467-7-III.   Division Three.   June 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN KEENAN GORDON, *Appellant*.

*Affirmed* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 31579-7-III.   Division Three.   June 9, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JAIME SALVADOR SILVA-GONZALEZ, *Appellant*.

*Affirmed* by unpublished opinion per Korsmo, J.; Fearing and Lawrence-Berrey, JJ., concurring by separate opinion.